**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
-----------------------------------X
                                   |
                                   |
                                   |
Marion Tomasetti                   |
                                   |    NOTICE OF ASSIGNMENT
                                   |    OF RELATED CASE
            -V-                    |    7:07cv03667(WCC)(GAY)
                                   |
Louis Public Company Ltd., et al   |
                                   |
            Defendants.            |
-----------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of

       JUDGE:       HON. William C. Conner
   as related to:   07cv03665 (WCC)

    All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.

                              J. Michael McMahon, CLERK

                        by: _____
                            Fiona Keegan - Deputy Clerk


DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis
CC:  Attorneys of Record

WP ASSIGNMENT FORM

Data Quality Control                          Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD