## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV3667                                                             Purchased/Filed: May 9, 2007

STATE OF NEW YORK      UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT

---

Marion Tomasetti                                                                   Plaintiff

against

Louis Public Company Limited, et ano                                           Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ June 1, 2007 _____ , at __ 2:00 pm __ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case and Complaint

on

_____ Group Voyagers, Inc. _____ , the Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section __ 306 Business Corporation Law __ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __ 38 __   Approx. Wt: __ 145 __   Approx. Ht: __ 5'5" __
Color of skin: __ White __   Hair color: __ Blonde __   Sex: __ F __   Other: _____

Sworn to before me on this

4th   day of   June, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704739

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**