516 832 /555    NIXON PEABODY LLP      11:13:53 a.m.   06-22-2007    3 /4

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ELIZABETH BURBAGE,

            Plaintiff,

     - against -

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,

            Defendants.

and related actions set forth below.

---------------------------------------------------------------x

**STIPULATION AND
ORDER EXTENDING
TIME TO ANSWER,
MOVE OR OTHERWISE
RESPOND**

(WCC)(GAY)
Case No. 07 CIV. 3665
and related actions set
forth below

ECF CASE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the time for defendant Group Voyagers, Inc. d/b/a Globus to answer, move or otherwise respond to the Complaints in this action, and the following actions delineated below, which was originally scheduled for June 22, 2007, is hereby extended to and includes July 20, 2007. This represents Group Voyagers, Inc.'s first request for an extension of time.

           Balducci, 7:07-cv-3668-WCC
           Cullen, 7:07-cv-3666-WCC
           Cullen, 7:07-cv-3669-WCC
           De Astis, 7:07-cv-3681-WCC
           Golio, 7:07-cv-3673-WCC
           Horrigan, 7:07-cv-3677-WCC
           La Forge, 7:07-cv-3671-WCC
           Lindsay, 7:07-cv-3680-WCC
           Murphy, 7:07-cv-3672-WCC
           O'Malley, 7:07-cv-3678-WCC
           Rizzuto, 7:07-cv-3679-WCC
           Rizzuto, 7:07-cv-3674-WCC
           Tomasetti, 7:07-cv-3667-WCC
           Winrow, 7:07-cv-3676-WCC

**IT IS FURTHER STIPULATED AND AGREED** that Group Voyagers, Inc. agrees to waive any issue with regard to service of process.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES MAILED TO COUNSEL OF RECORD for 7/
+ MAILED TO Δ COUNSEL

700 @        TODD J KRONER        914238854 FAX 53:90 9002/60/20

518 832 7555     NIXON PEABODY LLP.                    11:14:22 a.m.    06-22-2007     4 /4

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and filed with the Clerk of the Court in each of the aforementioned actions without further notice, and that signatures obtained via facsimile shall have the same force and effect as original signatures.

Dated: June 22, 2007

**LAW OFFICE OF TODD J. KROUNER**             **NIXON PEABODY LLP**

By: _____                    By: _____
    Jacqueline M. James (JJ1845)                   Joseph J. Ortego (JO3839)
                                                    Santo Borruso (SB3936)
93 North Greeley Avenue, Suite 100
Chappaqua, New York 10514                      50 Jericho Quadrangle, Suite 300
(914) 238-5800                                 Jericho, New York 11753
                                               (516) 832-7500
Attorneys for Plaintiff
                                               Attorneys for Defendant
                                               Group Voyagers, Inc. d/b/a Globus

SO ORDERED:

_____
William C. Conner, U.S.D.J.

dated: White Plains, NY
       June 27, 2007

- 2 -

☑005                              TODD J KROUNER              FAX 9142398544   06:53 2006/02/09